*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7111-GHK (CWx) | Date | December 7, 2012 |
|---|---|---|---|
| Title | SHERLINE COLBERT vs. FIRST NLC FINANCIAL SERVICES, LLC., et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:** (IN CHAMBERS) (1) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO EFFECT TIMELY SERVICE AND TO PROSECUTE; and (2) ORDER TO SHOW CAUSE TO COUNSEL RE: SANCTIONS FOR VIOLATION OF THE LOCAL RULES

(1) **Order to Show Cause Re: Dismissal**

This action was filed on September 23, 2010, more than 2 years ago. Yet, the docket shows that plaintiff has taken no action to prosecute this matter in the interim. Accordingly, within 10 days hereof, plaintiff shall show cause, in writing, why this action should not be dismissed for plaintiff's violation of Fed. R. Civ. P. 4(m) by failing to effect timely service of process on defendants, and for failing to diligently prosecute. Failure to timely and adequately show cause as required herein shall be deemed plaintiff's abandonment of this action. In that event, this action will be dismissed for plaintiff's failure to timely effect service of process, for her failure to diligently prosecute this action, and for her violation of this order.

(2) **Order to Show Cause to Counsel re: Violation of Local Rule**

In addition, we are advised that plaintiff's counsel, Lawrence Derak Duignan, is not a member of the bar of this court. Yet, Mr. Duignan filed this action on plaintiff's behalf. Mr. Duignan is hereby order to show cause, in writing within 10 days hereof, why he should not be sanctioned for violation Local Rule 83-2.1 which provides that "[a]n appearance before the Court on behalf of another party or a class may be made only by an attorney admitted to the Bar of or permitted to practice before this Court." Failure to timely or adequately show cause as required herein may result in the imposition of an appropriate sanction against counsel.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | IR for Bea | |