**FILED: 12/21/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Sherline Colbert*, | CASE NO. CV 10-7111-GHK (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *First NLC Financial Services, LLC, et al.*, | |
| Defendants. | |

Pursuant to the Court's December 21, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Sherline Colbert's ("Plaintiff") claims against Defendants First NLC Financial Services, LLC; Countrywide; Bank of America; and BAC Home Loan Servicing, LP are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: December 21, 2012

_____
GEORGE H. KING
Chief United States District Judge